July 03, 2009

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Ms. Cynthia T. Sheppard
Post Office Box 67
Cuero, TX 77954

RE: Case Number: 07-0410
 Court of Appeals Number: 13-05-00729-CV
 Trial Court Number: 2002-5-14175

Style: EMPLOYEES RETIREMENT SYSTEM OF TEXAS
 v.
 XAVIER DUENEZ AND IRENE DUENEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinions and judgment in
the above-referenced cause. The judgment is enclosed. You may obtain a
copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Ms. Cathy Wilborn |
| |Ms. Pamela Martin |
| |Hartgrove |